
FILED

MAR 16 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM E. CORCORAN, | CV 18–185–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ATLANTIC RICHFIELD COMPANY (ARCO), | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 16th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court